UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUANDELL HICKMAN,

                Plaintiff,

   -against-                            24cv1751 (LTS)

HON. ANGELA J. BADAMO, N.Y.C.        CIVIL JUDGMENT
SUPREME COURT PART 53,

                Defendant.

    For the reasons stated in the July 8, 2024, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  July 10, 2024
           New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge